■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM RICE, Appellant. [604 NYS2d 858] —Judgment unanimously affirmed. Memorandum: The record shows that defendant's waiver of appeal was knowing, intelligent and voluntary *(see, People v Callahan,* 80 NY2d 273; *People v Derby,* 168 AD2d 969, *lv denied* 77 NY2d 905). Defendant has raised no categories of appellate claims that survive his waiver *(see, People v Callahan, supra,* at 280; *People v Pierson,* 195 AD2d 1073; *People v Saunders,* 190 AD2d 1092). (Appeal from Judgment of Onondaga County Court, Cunningham, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Pine, J. P., Lawton, Fallon, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL S. LORD, Appellant. [604 NYS2d 858] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Leaving Scene of Serious Physical Injury Incident.) Present—Pine, J. P., Lawton, Fallon, Doerr and Davis, JJ.